# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SPENCER NEAL,**

      **Plaintiff,**                                   Case No. 2:18-cv-958

      v.                                             **JUDGE EDMUND A. SARGUS, JR.**

                                                          Magistrate Judge Kimberly A. Jolson

**DIVYA JYOTI LTD.,**

      **Defendant.**

## ORDER

This Court previously informed the parties that this case would be closed unless either party objected. (ECF No. 60). No party having objected, the Clerk is **DIRECTED** to close this case and to dismiss as moot the motion to enforcement settlement. (ECF No. 48).

    **IT IS SO ORDERED.**


**2/24/2021**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**